# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CLAUDELL GREEN,

    Petitioner,

v.

ROBERT FOX,

    Respondent.

Case No. 18-cv-02161-JSC

**ORDER OF TRANSFER**

Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition argues that he is entitled to parole consideration under California's Proposition 57. Petitioner was convicted in Los Angeles County and is confined in Solano County.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if the petition challenges the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

As Petitioner challenges the execution of his sentence, the proper venue for his petition is the district in which he is confined. Solano County is located within the venue of the Eastern District of California. *See* 28 U.S.C. § 84.

Accordingly, in the interest of justice, this case is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: April 23, 2018

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDELL GREEN,

    Plaintiff,

v.

ROBERT FOX,

    Defendant.

Case No. 18-cv-02161-JSC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Claudell Green ID: J-77948
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

Dated: April 23, 2018

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Ada Means, Deputy Clerk to the
    Honorable JACQUELINE SCOTT CORLEY

3